**Thomas D. TAYLOR, Plaintiff-Appellant, v. The TULSA TRIBUNE COMPANY, Defendant-Appellee.**

**No. 189.**

Circuit Court of Appeals, Second Circuit.

Feb. 7, 1938.

Enos S. Booth, of New York City (Harris Jay Griston, of New York City, of counsel), for appellant.

Peaslee & Brigham, of New York City (Gerald J. McMahon and Dexter Brigham, both of New York City, of counsel), for defendant-appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

■

**Alfred TRICE, Appellant, v. UNITED STATES.**

**No. 8693.**

Circuit Court of Appeals, Ninth Circuit.

March 7, 1938.

Russell Graham, of Los Angeles, Cal., for appellant.

Ben Harrison, U. S. Atty., of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

■

**UNITED STATES of America, Appellee, v. Nathan COSMAN, Appellant.**

**No. 175.**

Circuit Court of Appeals, Second Circuit.

Jan. 10, 1938.

Myron G. Ehrlich, of Washington, D. C., for appellant.

Curtis C. Shears, of New York City, for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on authority of United States v. Greenhaus, 85 F.2d 116, 107 A.L. R. 630, certiorari denied 299 U.S. 596, 57 S. Ct. 192, 81 L.Ed. 439.